## DIVERSIFIED DEVELOPERS, INC., Respondent,

v.

## Norman R. PETERSON, Appellant.

### No. WD 58267.

Missouri Court of Appeals,
Western District.

April 3, 2001.

Thomas R. Hill, Jason J. Fletes, Kansas City, for appellant.

Patrick L. Dunn, Tonna Tharp Farrar, Kansas City, for respondent.

Before ULRICH, Presiding Judge,
EDWIN H. SMITH, and NEWTON, JJ.

### Order

Per Curiam:

Diversified Developers, Inc. filed a petition against Mr. Norman R. Peterson claiming conversion of an $8,000.00 check. After a bench trial, the court decided in favor of Diversified Developers, Inc.

For the reasons set forth in the memorandum provided to the parties, we affirm the judgment. Rule 84.16(b)